WILLIAM J. PURDY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted May 31, 1909; decided June 8, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 521.)

---

JOSEPHINE CORBETT, Appellant, *v.* PETER C. FLEMING et al., Defendants, and ESTELLE L. FLEMING et al., Respondents.

Reported below, 128 App. Div 901.
(Argued May 31, 1909; decided June 8, 1909.)

MOTION to dismiss an appeal from a final judgment, entered February 8, 1909, from an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an order of Special Term confirming the report of a referee and overruling plaintiff's exceptions thereto; also motion for permission to withdraw said appeal.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal.

*James A. Deering* for appellant.

*J. Edward Wyckoff* and *Henry S. Curtis* for respondents.

Motion to withdraw appeal granted upon payment of ten dollars costs of motion, and costs up to, but excluding, argument, within twenty days; upon failure to pay such costs within the time named, the appeal is dismissed, with costs.